IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 03:15-cv-00832-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| YEN-DONG HO-TIBAYAN, M.D., | ) | |
| | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that Plaintiff's MOTION TO DISMISS COMPLAINT [6] pursuant to FRCP 41 is GRANTED and that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

Dated this 17th day of July, 2015.

by _____
Paul Papak
United States Magistrate Judge